# In the United States District Court for the Southern District of Georgia Brunswick Division

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| v. ) | CR 217-001-4 |
| ) | |
| ANDREW KING, ) | |
| ) | |
| Defendant. ) | |

## ORDER

Before the Court is Defendant Andrew King's motion for early termination of supervised release. Dkt. No. 169. For the reasons below, Defendant's motion is **DENIED**.

## BACKGROUND

Pursuant to a written plea agreement, Defendant pleaded guilty to conspiracy to possess with intent to distribute a quantity of cocaine and crack cocaine. Dkt. Nos. 115, 118. On November 21, 2017, the Court sentenced Defendant to sixty months' imprisonment, to be followed by three years of supervised release. Dkt. No. 143.

Defendant was released from Bureau of Prisons' custody on July 17, 2020. Defendant has served approximately twenty-four months of his thirty-six-month term of supervision and now moves the Court for early termination of same. Dkt. No. 169.

Since his release from Bureau of Prisons' custody, Defendant has maintained a stable residence, passed all drug screens, maintained stable employment, paid his special assessment, and complied with the terms of supervision. However, as part of the underlying offense, Defendant admitted to cooking cocaine hydrochloride into cocaine base and selling same. The presentence investigation report conservatively attributed Defendant with 360 ounces of cocaine hydrochloride. Additionally, Defendant's criminal history is concerning. His criminal history score is IV, which includes multiple prior drug offenses, multiple theft offenses, and a rape conviction.

Under 18 U.S.C. § 3583(e)(1), a "court may, after considering the factors set forth in section 3553(a)(1), (a)(2)(B), (a)(2)(C), (a)(2)(D), (a)(4), (a)(5), (a)(6), and (a)(7) . . . terminate a term of supervised release and discharge the defendant released at any time after the expiration of one year of supervised release, pursuant to the provisions of the Federal Rules of Criminal Procedure relating to the modification of probation, if it is satisfied that such action is warranted by the conduct of the defendant released and in the interests of justice."

While the Court commends Defendant for his exemplary conduct while under supervision, the Court must carefully weigh a favorable adjustment to Defendant's supervision against his

offense of conviction. After consideration, the Court **DENIES** Defendant's motion. Dkt. No. 169.

**SO ORDERED** this \_\_17\_\_ day of July, 2022.

_____
HON. LISA GODBEY WOOD, JUDGE
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA